# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MUCHMORE'S CAFE, LLC <br><br> *Plaintiff(s)* <br> v. <br> CITY OF NEW YORK <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No 14-cv-5668 RRM-RER |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET, NEW YORK, NY 10007


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LAW OFFICE OF ANDREW MUCHMORE
217 HAVEMEYER STREET, 4TH FLOOR
BROOKLYN, NEW YORK 11211
(917) 932-0299


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 10/1/2014

sKimberly Davis
*Signature of Clerk or Deputy Clerk*

