UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
MUCHMORE'S CAFE, LLC,

                                      Plaintiff,    **NOTICE OF APPEARANCE**

            -against-

                                                        Cv 14-5668 (RRM-RER)

CITY OF NEW YORK,

                                      Defendant.
------------------------------------------------------------------------ x

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Ave Maria Brennan, appears as counsel for the Defendant the City of New York and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated:        New York, New York
                November 17, 2014

                                                  ZACHARY W. CARTER
                                                  Corporation Counsel of the
                                                    City of New York
                                                 Attorney for Defendant
                                                 100 Church St., Rm.5-162
                                                 New York, New York 10007
                                                 Email: abrennan@law.nyc.gov
                                                 Tel: (212) 356-2188
                                                 Fax: (212) 356-2019

                                       By:   */s/ Ave Maria Brennan*
                                                 Ave Maria Brennan (AB-7488)
                                                 Assistant Corporation Counsel

TO:    LAW OFFICE OF ANDREW MUCHMORE   (via ECF)
         Attorney for Plaintiff
         Andrew Muchmore, Esq.
         217 Havemeyer Street
         Brooklyn, New York 11211
         (917) 932-0299
         amuchmore@muchmorelaw.com