

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

AVE MARIA BRENNAN
Phone: (212) 356-2188
Fax: (212) 356-2019
E-mail: abrennan@law.nyc.gov

December 3, 2014

**By ECF Filing**

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York   11201

      Re:   Muchmore's Café, LLC v. City of New York
           14-cv-05668 (RRM)(RER)

Your Honor:

      I am an attorney in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendant the City of New York in the above-referenced action.

      I write this letter to request an adjournment of the Initial Conference scheduled by the Court for Tuesday, December 30, 2014 at 11:00am.  Yesterday, I telephoned plaintiff's counsel Andrew Muchmore to discuss a possible adjournment of the date and he now joins me in making this request for an adjournment.  No prior request for an adjournment has been made.

      We ask that you consider the following in setting a new conference date: I am out of the office for the holidays (entire weeks of December 22 and December 29) and again on Tuesday January 6, 2015.  Mr. Muchmore is also unavailable during those two weeks, as well as Wednesday January 14 and January 20-23, 2015.

      Accordingly, we jointly request that the Initial Conference be rescheduled to

another date in January that will allow adequate time to comply with the requirement that we confer prior to the conference.

Very truly yours,

Ave Maria Brennan
Assistant Corporation Counsel

Cc:   By ECF filing

Andrew Muchmore, Esq.
Law Office of Andrew Muchmore
217 Havemeyer Street, 4th Floor
Brooklyn, New York 11211
amuchmore@muchmorelaw.com
(917) 932-0299

2