# CIVIL CAUSE FOR PREMOTION CONFERENCE
# BEFORE: JUDGE ROSLYNN R. MAUSKOPF

DATE & TIME:           **2/26/15**
CASE NUMBER:        **14-CV-5668**

CASE TITLE:           **Muchmore's Café v City of New York**

Plaintiff:               Andrew Myers Muchmore
                           _ X _ Present   ____ Not Present

Defendant:            Ave Maria Brennan
                           _ X _ Present   ____ Not Present

COURT REPORTER: Anthony Frisolone

The parties shall file a proposed briefing schedule on or before March 6, 2015