

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

AVE MARIA BRENNAN
Phone: (212) 356-2188
Fax: (212) 356-2019
E-mail: abrennan@law.nyc.gov

March 5, 2015

**By ECF Filing**

Judge Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6A
Brooklyn, New York   11201

> Re:   Muchmore's Café, LLC v. City of New York
>        14-cv-05668 (RRM)(RER)

Your Honor:

I am an attorney in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendant the City of New York in the above-referenced action. At the pre-motion conference on February 26, 2015, the Court directed the parties to confer and agree on a motion schedule and then to submit the schedule to the Court by letter. I write this letter on behalf of myself and plaintiff's counsel, Andrew Muchmore, to set forth for the Court the following briefing scheduling for the motions for judgment on the pleadings that we have mutually agreed upon:

| | |
|---|---|
| March 27, 2015 | Plaintiff's Motion for Judgment on the Pleadings |
| April 24, 2015 | Defendant's Cross-Motion for Judgment on the Pleadings and opposition papers to plaintiff's motion |
| May 15, 2015 | Plaintiff's opposition papers to defendant's cross-motion and reply papers on its motion |
| June 5, 2015 | Defendant's reply papers on its cross-motion |

We both request that the Court approve our proposed briefing schedule.

Very truly yours,

Ave Maria Brennan
Assistant Corporation Counsel

Cc:    By ECF filing

Andrew Muchmore, Esq.
Law Office of Andrew Muchmore
217 Havemeyer Street, 4th Floor
Brooklyn, New York 11211
amuchmore@muchmorelaw.com
(917) 932-0299