UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| MUCHMORE'S CAFE, LLC, | Civil Action No. 14-cv-5668 RRM-RER |
| Plaintiff, | |
| -against- | **NOTICE OF MOTION FOR** <br> **JUDGMENT ON THE PLEADINGS** |
| CITY OF NEW YORK, | |
| Defendant. | |

-------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Andrew Muchmore dated March 27, 2015, the Exhibits thereto, the accompanying Memorandum of Law in Support of Plaintiff's Motion for Judgment on the Pleadings and all the prior pleadings and proceedings heretofore had herein, plaintiff Muchmore's Cafe, LLC will move this Court pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for a judgment declaring the New York City Cabaret Law, N.Y.C. Administrative Code 20-359, *et seq.,* to be unconstitutional under the First and Fourteenth Amendments to the United States Constitution, enjoining its enforcement to the extent it is declared unconstitutional, and for such other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York
      March 27, 2015

                                                **LAW OFFICE OF ANDREW MUCHMORE**
                                                Counsel for Plaintiff

                                                By:   /s/ Andrew Muchmore
                                                         Andrew Muchmore (AM 7852)
                                                217 Havemeyer Street, 4th Floor
                                                Brooklyn, New York 11211
                                                (917) 932-0299