

**THE CITY OF NEW YORK**

ZACHARY W. CARTER
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

AVE MARIA BRENNAN
Phone: (212) 356-2188
Fax: (212) 356-2019
E-mail: abrennan@law.nyc.gov

April 17, 2015

**By ECF Filing**

Judge Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6A
Brooklyn, New York   11201

      Re:  <u>Muchmore's Café, LLC v. City of New York</u>
           14-cv-05668 (RRM)(RER)

Your Honor:

      I am an attorney in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendant the City of New York in the above-referenced action.

      I write to request permission of this Court to exceed the twenty-five page limit for memoranda of law in support of motions. I request permission to submit up to five additional pages in a memorandum of law in support of the City's cross-motion for judgment on the pleadings and in opposition to plaintiff's motion for judgment on the pleadings. The City's memorandum must not only present the City's legal arguments in support of its own cross-motion, but also must lay out opposing arguments to the plaintiff's motion (plaintiff's memorandum in support of its motion contains three separate "Points" with eleven separate subsections in those "Points.")

      The City's cross-motion must be served no later than Friday, April 24, 2015.

      Thank you for your consideration of this request.

Very truly yours,

Ave Maria Brennan
Assistant Corporation Counsel

Cc:     By ECF filing

Andrew Muchmore, Esq.
Law Office of Andrew Muchmore
217 Havemeyer Street, 4th Floor
Brooklyn, New York  11211
amuchmore@muchmorelaw.com
(917) 932-0299