UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

MUCHMORES'S CAFÉ, LLC,

                                              Plaintiff,

                        -against-

THE CITY OF NEW YORK,

                                              Defendant.

-------------------------------------------------------------------------- x

**NOTICE OF CROSS-
MOTION OF DEFENDANT
CITY OF NEW YORK FOR
JUDGMENT
ON THE PLEADINGS**

14-cv-05668 (RRM)(RER)

**PLEASE TAKE NOTICE** that upon the annexed declaration of Ave Maria Brennan, dated April 24, 2015, together with the exhibits annexed thereto, and the pleadings and all prior proceedings herein, defendant the City of New York will cross-move this court before the Honorable Roslynn R. Mauskopf, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an order and judgment pursuant to Federal Rule of Civil Procedure 12(c) granting defendant the City of New York judgment on the pleadings and dismissing the amended complaint in its entirety.

Dated:        New York, New York
              April 24, 2015

                              ZACHARY W. CARTER
                              Corporation Counsel of the City of New York
                              Attorney for the Defendant
                              100 Church Street, Room 5-162
                              New York, New York 10007
                              (212) 356-2188
                              abrennan@law.nyc.gov

                        By:   *Ave Maria Brennan*
                              AVE MARIA BRENNAN  (AB7488)
                              Assistant Corporation Counsel

-2-

To:   Law Office of Andrew Muchmore
      Andrew Muchmore, Esq.
      Attorney for the Plaintiff
      217 Havemeyer Street, 4th Floor
      Brooklyn, New York  11211
      (917) 932-0299
      amuchmore@muchmorelaw.com