EXHIBIT 9



# The City of New York
## DEPARTMENT OF HEALTH AND MENTAL HYGIENE

MUCHMORE'S CAFE, LLC
MUCHMORE'S
2 HAVEMEYER STREET 3FL
BROOKLYN, NY 11211

**PERMIT/LICENSE TYPE:**

**FOOD SERVICE ESTABLISHMENT (GENERAL) LICENSE**

| | | | |
|---|---|---|---|
| RECORD NUMBER: | 41604541 | CODE: H25 | CLASS/SUBCLASS: FS |
| ISSUE DATE: | 06/23/2014 | | |
| EXPIRATION DATE: | 07/31/2015 | | |
| PERMITTEE/LICENSEE NAME: | MUCHMORE'S CAFE, LLC | | |
| | MUCHMORE'S | | |

ADDRESS OF PERMITTED ENTITY/LICENSED INDIVIDUAL:

2 HAVEMEYER STREET 1 FLOOR
BROOKLYN, NY 11211

This permit/license is issued to the individual person or other entity named above to conduct a business or other activity regulated by this Department. It is granted in accordance with provisions of the New York City Health Code or other law regulating this activity. This permit/license is not transferable to any other individual or entity or for use at any other premises and is subject to suspension or revocation for failing to comply with the Health Code or other applicable law.

MARY T. BASSETT, MD, MPH
COMMISSIONER OF HEALTH AND MENTAL HYGIENE

## POST CONSPICUOUSLY

COMPLAINTS MAY BE MADE BY PHONE TO 311 OR ONLINE AT NYC.GOV/311



Scan code to get more info!