AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| MUCHMORE'S CAFÉ, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   14-cv-05668 (RRM) |
| THE CITY OF NEW YORK | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Social Dancers                                                                                               .

Date:    06/09/2015

/s/ Christopher L. Ayers
*Attorney's signature*

Christopher L. Ayers (CA-5091)
*Printed name and bar number*

ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York  10020
*Address*

cayers@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*