UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUCHMORE'S CAFÉ, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>THE CITY OF NEW YORK,<br><br>          Defendant. | Civ. Action No.: 14-cv-05668 (RRM) |

**NOTICE OF MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE***

*Amici curiae* Ali Coleman, Luis Vargas, Megha Kalia, Natasha Blank and Tamara Burstein, by and through their undersigned counsel, hereby move this Court for leave to appear as *amici curiae* in the above-captioned case. In support of this Motion, *amici curiae* incorporate the accompanying Affirmation of Jerry S. Goldman, Esq. and Memorandum of Law.

WHEREFORE, *amici curiae* respectfully request that the Court grant their motion for leave to appear as *amici curiae* and to file the accompanying Memorandum of Law.

Dated: June 9, 2015

/s/
Jerry S. Goldman, Esq. (JG-8845)
Christopher L. Ayers, Esq. (CA-5091)
Nicholas R. Maxwell, Esq. (NM-9797)
**ANDERSON KILL P.C.**
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-278-1000

*Attorneys for Amici Curiae Social Dancers*