AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| MUCHMORE'S CAFÉ, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   14-cv-05668 (RRM) |
| THE CITY OF NEW YORK | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Social Dancers            .

Date:     06/09/2015                          /s/ Jerry S. Goldman
                                                          *Attorney's signature*

                                                 Jerry S. Goldman (JG-8845)
                                                 *Printed name and bar number*

                                                 ANDERSON KILL P.C.
                                                 1251 Avenue of the Americas
                                                 New York, New York  10020
                                                          *Address*

                                                 jgoldman@andersonkill.com
                                                          *E-mail address*

                                                 (212) 278-1000
                                                 *Telephone number*

                                                 (212) 278-1733
                                                 *FAX number*