UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MUCHMORE'S CAFE, LLC,

                                  Plaintiff,                **NOTICE OF APPEARANCE**

      -against-

                                                            Cv 14-5668 (RRM-RER)

CITY OF NEW YORK,

                                  Defendant.
----------------------------------------------------------------X

**TO THE CLERK OF THE COURT:**

      **PLEASE TAKE NOTICE** that the undersigned, Maximilian Travis, appears as counsel for the Plaintiff, Muchmore's Cafe, LLC, and request to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: June 7, 2017
       New York, NY

                                                         **MUCHMORE & ASSOCIATES PLLC**
                                                          Counsel for Plaintiff

                                                          By: /s/ Maximilian Travis              .
                                                               Maximilian Travis
                                                          217 Havemeyer Street, 4th Floor
                                                          Brooklyn, NY 11211
                                                          (917) 932-0299