

**ZACHARY W. CARTER**
*Corporation Counsel*

**The City of New York**
# Law Department
100 CHURCH STREET
NEW YORK, NY 10007

AVE MARIA BRENNAN
Phone: (212) 356-2188
Fax: (212) 356-2019
E-mail: abrennan@law.nyc.gov

November 20, 2017

<u>**By ECF Filing**</u>

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York   11201

   Re: <u>Muchmore's Café, LLC v. City of New York</u>
     14-cv-05668 (RRM)(RER)

Your Honor:

  We are the attorneys for the plaintiff Muchmore's Café, LLC and defendant City of New York in the above-referenced action which seeks a declaratory judgment declaring Section 20-359 <u>et seq.</u> of the Administrative Code of the City of New York unconstitutional. These Administrative Code provisions require, among other things, the licensing of cabarets in New York City.

  We write this joint letter to inform the Court that on October 31, 2017 the New York City Council voted to approve a law which, among other things, repeals in its entirety subchapter 20 of chapter 2 of title 20 of the Administrative Code, which included the challenged provisions. In addition, it is anticipated that the signing of this legislation by the Mayor will take place in the next two weeks.

In light of this, the parties intend to execute a Stipulation of Discontinuance to be "so ordered" by the Court. Also, with regard to attorney's fees, plaintiff's attorney is currently gathering the contemporaneous billing records in preparation for sending them to the City's counsel for review.

Very truly yours,

Ave Maria Brennan
Assistant Corporation Counsel

and

Andrew Muchmore
Muchmore & Associates PLLC
217 Havemeyer Street, 4th Floor
Brooklyn, New York 11211
amuchmore@muchmorelaw.com
(917) 932-0299

Cc:   By ECF filing