AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| MUCHMORE'S CAFE, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 14-cv-05668 (RRM)(RER) |
| THE CITY OF NEW YORK | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae, Alan D. Sugarman, pro se.

Date:   01/04/2018

*Attorney's signature*

Alan D. Sugarman ADS-1209, NY 1169762
*Printed name and bar number*

17 W. 70th Street
New York, NY 10023

*Address*

sugarman@sugarlaw.com
*E-mail address*

(212) 873-1371
*Telephone number*

(212) 202-3524
*FAX number*