

1932 -Harlem Jazz Clubs, Nightspots, and Speakeasies Not Driven Out by the Cabaret Law

*E. Sims Campbell's 1932 Night Club Map of Harlem guides people to Harlem's most jumpin' night spots, except for the numerous illegal speakeasies.*

National Jazz Museum