

**ZACHARY W. CARTER**
*Corporation Counsel*

The City of New York
**Law Department**
100 CHURCH STREET
NEW YORK, NY 10007

January 16, 2018

AVE MARIA BRENNAN
Phone: (212) 356-2188
Fax: (212) 356-2019
E-mail: abrennan@law.nyc.gov

**By ECF Filing**

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York   11201

      Re:  Muchmore's Café, LLC v. City of New York
            14-cv-05668 (RRM)(RER)

Your Honor:

      We are the attorneys for the plaintiff Muchmore's Café, LLC and defendant City of New York in the above-referenced action which seeks a declaratory judgment declaring Section 20-359 et seq. of the Administrative Code of the City of New York unconstitutional.

      As directed in the Status Report Order of the Court on December 19, 2017, we write this joint letter to report on the status of plaintiff's request for attorneys' fees and submission of the stipulation of dismissal of this action. The parties have reached an agreement regarding attorneys' fees that is acceptable to both sides. Accordingly, we have now executed a Stipulation and Order of Settlement and Dismissal, dated January 12, 2018, that will be filed via ECF today (according to the ECF/EDNY "help desk" the Stipulation and Order of Settlement and Dismissal should not be filed as an attachment to this letter, but rather should be filed separately).

We jointly request that the Court "So Order" the Stipulation and Order of Settlement and Dismissal.

Thank you.

Very truly yours,

Ave Maria Brennan
Assistant Corporation Counsel

and

Andrew Muchmore
Muchmore & Associates PLLC

Cc:  By ECF filing

   Andrew Muchmore, Esq.
   Muchmore & Associates PLLC
   217 Havemeyer Street, 4th Floor
   Brooklyn, New York 11211
   amuchmore@muchmorelaw.com
   (917) 932-0299